UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ALATORRE VENEGAS (3),<br><br>Defendant. | Case No. 20cr3515-AGS<br><br>SECOND AMENDED ORDER OF CRIMINAL FORFEITURE |

Having reviewed the foregoing Motion of the United States for Issuance of a Second Amended Order of Criminal Forfeiture, and for good cause appearing;

The Motion is hereby GRANTED. The Court makes the following findings, conclusions, and orders:

On March 29, 2022, this Court entered its Preliminary Order of Criminal Forfeiture (ECF 116), which condemned and forfeited to the United States all right, title and interest of JUAN ALATORRE VENEGAS ("Defendant") in properties 1- 3 as detailed on the attached Property Index, pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), 18 U.S.C. § 982(a)(1).

On February 2, 2023, after a period of publishing and noticing, this Court entered a First Amended Order of Criminal Forfeiture (ECF 142), which condemned and forfeited all right, title, and interest of JUAN ALATORRE VENEGAS and any and all third parties, with the exception of the 8534 Owners Association, as to property

1 as detailed on the attached Property Index, pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), and 18 U.S.C. § 982(a)(1). The Court recognized the 8534 Owners Association's valid lien interest in the real property at 8529 Avenida Costa Sur, San Diego, CA 92154, listed as property 1 on the attached Property Index. Additionally, all right, title, and interest of Jose Alberto Valenzuela-Valenzuela, Jesus Burgos Arias, Zaira Vanessa Najar Sanchez, Francisco A. Hernandez, Luz Elba Diaz Ascencio, Victor Hermosillo, Andrew K. Nietor, Claudia Patricia Alvarez Hernandez, and Jose Yee Perez was ordered condemned, forfeited, and vested in the United States of America, with all directly noticed persons' and entities' interests specifically forfeited and extinguished.

On or about July 1, 2025, additional Notice of Order of Forfeiture was sent by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| De La Fuente Business Park Owners Association<br>c/o Bradley L. Jacobs, Esq<br>501 West Broadway, Ste 1650<br>San Diego, CA 92101 | 882455701370 | Delivered 7/3/2025 |

On June 19, 2025, De La Fuente Business Park Owners Association, a California common interest development corporation, declared an interest as a third party with outstanding assessments on the real property at 8529 Avenida Costa Sur, San Diego, CA 92154, listed as property 1 on the attached Property Index.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party— other than the 8534 Owners Association and De La Fuente Business Park Owners Association which have valid interests in the real property located at 8529 Avenida Costa Sur, San Diego, CA 92154 — to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of, JUAN ALATORRE VENEGAS, and any and all third parties other than the aforementioned in the real property located at 8529 Avenida Costa Sur, San

1  Diego, CA 92154 is hereby condemned, forfeited, and vested to the United States of
2  America pursuant to 21 U.S.C. § 853(a)(1) and 853(a)(2) and 18 U.S.C. § 982(a)(1).
3      IT IS FURTHER ORDERED that Homeland Security Investigations/ Customs
4  and Border Protection shall dispose of the forfeited property forthwith in accordance
5  with the law.
6      Pursuant to Rule 32.2(b)(4) this Second Amended Order of Forfeiture shall be
7  made final as to the Defendant at the time of sentencing and is part of the sentence and
8  included in the judgment.

DATED: 7/31/2025

Honorable Andrew G. Schopler
United States District Judge

# Attachment A
# PROPERTY INDEX

1. The real property located at 8529 Avenida Costa Sur, San Diego, CA 92154, more particularly described as:

   ASSESSOR'S PARCEL NO. **646-210-41-02**

   THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

   A CONDOMINIUM(S) COMPRISED OF:

   PARCEL 1:

   AN UNDIVIDED TWENTY FIVE PERCENT (25%) INTEREST AS TO UNIT 8529 IN AND TO PARCEL 1 OF PARCEL MAP NO. 20467, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE SAN DIEGO RECORDER'S OFFICE ON APRIL 11. 2008 AS INSTRUMENT NO. 2008-0192675 OF OFFICIAL RECORDS.

   EXCEPTING THEREFROM:

   ALL UNITS AS SHOWN ON THE CONDOMINIUM PLAN FOR SIEMPRE VIVA III INDUSTRIAL CONDOMINIUMS RECORDED JUNE 23, 2008 AS INSTRUMENT NO. 2008-0336392 OF OFFICIAL RECORDS.

   PARCEL 2:

   UNIT 8529 AS SHOWN ON THE CONDOMINIUM PLAN.

   PARCEL 3:

   NON-EXCLUSIVE EASEMENTS FOR PEDESTRIAN AND VEHICULAR INGRESS, EGRESS, PARKING, SUPPORT AND UTILITY PURPOSES THROUGH THE COMMON AREA AS SET FORTH IN THE "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SIEMPRE VIVA 11r RECORDED JUNE 23. 2008 AS INSTRUMENT NO. 2008-0336393 OF OFFICIAL RECORDS.

2. The real property in the City of San Diego, County of San Diego, State of California, known as Harvest Road Land Parcel, legally described as:

   ASSESSOR'S PARCEL NO. **646-141-08**

   PARCEL 2 OF PARCEL MAP NO. 14045, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF RECORDED IN THE SAN DIEGO COUNTY RECORDER'S OFFICE NOVEMBER 26, 1985.

3. The real property located at 8580 Avenida De La Fuente Suite F, San Diego, CA 92154, more particularly described as:

ASSESSOR'S PARCEL NO. **646-150-44-06**

A CONDOMINIUM CONSISTING OF:

PARCEL 1:

A) A SEPARATE INTEREST IN: UNIT U-6 SHOWN ON THAT CERTAIN "SOUTH OTAY MESA BUSINESS PARK II CONDOMINIUM PLAN" (THE PLAN), RECORDED ON MAY 13, 2004 AS INSTRUMENT NO. 04-434961, IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA; AND

B) AN UNDIVIDED ONE-TWELFTH (12TH) FRACTIONAL INTEREST IN AND TO THE COMMON AREA LOCATED WITHIN THE REAL PROPERTY DESCRIBED HEREIN BELOW, AS DEFINED AND IDENTIFIED IN THE PLAN AND AS DEFINED IN THAT CERTAIN DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS RECORDED MAY 13, 2004 AS INSTRUMENT NO. 04-434962 OF OFFICIAL RECORDS (DECLARATION).

SAID UNIT AND FRACTIONAL INTEREST ARE LOCATED WITHIN THE BOUNDARIES OF THAT CERTAIN REAL PROPERTY DESCRIBED AS:

LOT 24 OF DE LA FUENTE BUSINESS PARK, UNIT NO. 2, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11621, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 17,1986.

PARCEL 2:

EXCLUSIVE USE AREAS THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE ASSOCIATION PROPERTY DEFINED IN THE DECLARATION AND IN THE PLAN AS "EXCLUSIVE USE AREA" WHICH ARE APPURTENANT TO PARCEL 1 ABOVE, IN ACCORDANCE WITH THE DECLARATION AND THE PLAN.

PARCEL 3:

RESTRICTED USE AREAS

A RESTRICTED RIGHT TO THE USE OF THOSE PORTIONS OF THE ASSOCIATION PROPERTY DEFINED IN THE DECLARATION AND IN THE PLAN AS "RESTRICTED USE AREA," WHICH SHALL BE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE. PARCEL 4: NON-EXCLUSIVE EASEMENTS-ASSOCIATION PROPERTY NONEXCLUSIVE EASEMENTS ON, IN OVER AND THROUGH THE ASSOCIATION PROPERTY AS DEFINED IN THE DECLARATION AND DEFINED AND IDENTIFIED IN THE PLAN, EXCEPTING THEREFROM

ALL UNITS AND THE APPURTENANT EXCLUSIVE USE AREAS, FOR PURPOSES OF (A) INGRESS, EGRESS, ACCESS THROUGH, ON AND OVER THE VEHICULAR AND PEDESTRIAN

ACCESS AREA THEREIN, (B) ACCESS TO AND USE OF (INCLUDING THE RIGHT TO INSTALL, MAINTAIN, REPAIR OR REPLACE) ANY UTILITY OR RELATED LINES AND EQUIPMENT IN ORDER TO PROVIDE UTILITY OR RELATED SERVICES TO PARCELS 1, 2, AND 3 ABOVE; SUBJECT TO HOWEVER ANY RESTRICTIONS LIMITATIONS AND CONDITIONS DESCRIBED IN THE DECLARATION, AND FURTHER EXCEPTING ANY PORTIONS OF THE ASSOCIATION PROPERTY OVER WHICH THE GRANTOR HEREIN, AS DECLARANT, MAY HAVE AN EASEMENT OR OTHER SIMILAR RESTRICTION, AS MAY BE PROVIDED IN THE DECLARATION; and